

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00026-CR

BRADLEY CURTIS KOUGHER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1726305

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Bradley Curtis Kougher was sentenced to life imprisonment after a Hopkins County jury convicted him of sexual performance by a child under fourteen years of age.[1]  *See* TEX. PENAL CODE ANN. § 43.25(c) (West Supp. 2017).  In a single point of error raised on appeal, Kougher argues that the trial court erred in admitting testimony of K.B. and J.D. under Article 38.37 of the Texas Code of Criminal Procedure because it was inadequate to support a finding by the jury beyond a reasonable doubt that Kougher committed extraneous sexual offenses against each child.

We addressed this issue in detail in our opinion of this date on Kougher's appeal in cause number 06-18-00025-CR.  For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:       July 26, 2018
Date Decided:         August 8, 2018

Do Not Publish

---

[1]In our companion cause number 06-18-00025-CR, Kougher also appeals his conviction for indecency with a child by contact and sentence of twenty years' imprisonment.  *See* TEX. PENAL CODE ANN. § 21.11(a)(1) (West Supp. 2017).